# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DOUGLAS DUANE HENSON**  **PLAINTIFF**
**ADC #108327**

v.  No: 4:23-cv-00691-KGB-PSH

**TURNKEY MEDICAL SERVICES,** *et al.*  **DEFENDANTS**

## ORDER

It appears Henson's complaint should have been submitted as an amended complaint in *Henson v. Turnkey Medical Services, et al.,* where the issues raised are currently pending. E.D. Ark. No. 4:23-cv-597-JM-PSH. The Court therefore directs the Clerk to file Henson's complaint (Doc. No. 1) in that case as an amended complaint and to close this case.

IT IS SO ORDERED this 26th day of July, 2023.

_____
UNITED STATES MAGISTRATE JUDGE